**STATE of Missouri, Respondent,**

v.

**Aaron RUMMERFIELD, Appellant.**

**No. WD 37729.**

Missouri Court of Appeals,
Western District.

May 20, 1986.

William D. Farrar, Kirksville, for appellant.

Kevin B. Behrndt, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and NUGENT and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from jury trial conviction of assault in the second degree, § 565.060, RSMo.Supp.1984, and sentence as a persistent offender to a fifteen year term of imprisonment.

Judgment affirmed. Rule 30.25(b).